UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:08-CR-119(01) |
| ) | |
| TRINASTON HART ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 25, 2008 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Trinaston Hart's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  December 16, 2008 

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court